156 So.2d 607

**J. Albert ELLERMANN**

v.

**Millard E. MATTHEW et al.**

No. 46964.

Oct. 14, 1963.

In re: J. Albert Ellermann applying for writs of certiorari and prohibition.

Writs refused. The ruling complained of is correct.